United States District Court
Office of Clerk
P.O. Box 5009
Beckley, WV - 25801



Serrano Juan Pablo #04437-265
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, WV 25813

Dear: Clerk

The following is to greet you and hope that your fine in health and in the Company of your family and Co-Workers. I also wanted to tell you that, I find myself to Communicate a Series of Problems that exist in this Center of rehabilitation, where all Types of Criminal Activities are Permitted and drug Trafficking as well as Misconduct on the Part of Staff and Correctional Officers. The Medical Services leave much to say as the administrator is Mismanaging the resources of the institution, and the resources of the nation, as evident by functionaries, of the Bureau of Prisons and Department of Justice, a Certain amount of Money for Programs for

Federal Offenders and The Truth is That in This Place They are stealing The Money, I hope you Take Measures To eradicate This Corruption That leaves a lot To Say about The System, For Your Kind Attention, Thank you and although I Cannot Talk To you Personally, Through This Message is what I have To Say your.

Serrano Juan Pablo
Very Truly yours

Mr, Charles T. Felts Warden

Mr, Hutchins Captain

Mr, Ellison, LT Investigador

All Staff and Administrators break

Constitutional Amendments
The first Amendment
The fourth Amendment
The Fifth Amendment
The Eighth Amendment
The Fourteenth Amendment

Juanpabseora/II

And all Amendment, The Universal Human Rights Constitution.

Intergovernmental Corruption

Copy To, Federal Bureau of Investigation

Executive Director

Nancy Nelson.

———— o ————

Por Su Respetable Atencion Muchas Gracias, Espero Verle y Platicar Con Usted Cuando Menos Atravez de este Mensaje.



Serrano Juan Pablo #04437-265
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, WV 25813

United States District Court
Office of Clerk
P.O. Box 5009
Beckley, WV 25801

Special
Legal - Mail